IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMBASSY OF THE BLESSED KINGDOM OF GOD FOR ALL NATIONS CHURCH, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| ERIC H. HOLDER, et al. | : | NO. 13-41 |

ORDER

AND NOW, this 28th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to dismiss partially, that is, Count III of the complaint, for failure to state a claim (Doc. #9) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.