IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMBASSY OF THE BLESSED KINGDOM OF GOD FOR ALL NATIONS CHURCH, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| ERIC HOLDER, et al. | : | NO. 13-041 |

<u>ORDER</u>

AND NOW, this 20th day of March, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the defendants Eric H. Holder, Rand Beers, Alejandro Mayorkas, and Evangelia Klapakis to dismiss plaintiff Mykhaylyk Oleksandr for lack of subject-matter jurisdiction is DENIED;

(2) the motion of the defendants Eric H. Holder, Rand Beers, Alejandro Mayorkas, and Evangelia Klapakis for summary judgment is GRANTED; and

(3) the motion of the plaintiffs Embassy of the Blessed Kingdom of God for All Nations Church, God's Embassy Church, and Mykhaylyk Oleksandr for summary judgment is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                            J.